UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: **05-20029**

In re:

The APPLICATION OF FABIANA de AMORIM XAVIER
For An Order to Take Discovery Pursuant to
28 USC §1782

CIV-ALTONAGA

MAGISTRATE
BANDSTRA

_____/

## APPLICATION FOR AN ORDER TO TAKE DISCOVERY IN FOREIGN MATTER

Applicant, Fabiana de Amorim Xavier, by and through her undersigned counsel, hereby submits her Application For An Order to Take Discovery pursuant to 28 USC §1782.

As set forth herein and pursuant to 28 U.S.C. §1782, the applicant comes before this Court seeking an Order allowing her attorneys, FISCHER & MANDELL LLP to issue subpoenas to Pine Bank, Miami, Florida, for documents related to any accounts in which Edmundo de Azevedo Xavier is a named account holder; and any accounts at Pine Bank or any other financial institution within the jurisdiction of this Court into which funds were transferred from any such accounts in which Edmundo de Azevedo Xavier is a named account holder, all for the purpose of obtaining information leading to the marshalling of additional assets belonging to the Estate of Edmundo Xavier.

In support of this Application, Applicant submits the accompanying declaration and the Exhibit attached thereto.

WHEREFORE, Applicant respectfully requests that this Application be granted and that Applicant's attorneys be allowed to take discovery of Pine Bank and other

- 2 -

financial institutions within the jurisdiction of this Court by subpoenaing documents, upon notice to any named account holders.

        Respectfully submitted,

        FISCHER & MANDELL LLP
        Attorneys for Applicant
        601 Brickell Key Drive
        Suite 605
        Miami, Florida  33131
        (305) 577-9787
        (305) 577-8339 Facsimile

By: _____
        Roger S. Kobert
        Florida Bar No. 0765295

| | |
|---|---|
| Federative Republic of Brazil ) | |
| State of Sao Paulo            ) | |
| City of Sao Paulo             ) ss: | |
| Consulate General of the      ) | |
| United States of America      ) | |

## AMERICAN CONSULATE GENERAL
## SAO PAULO, BRAZIL

I, **DAVID MERON**, Consul of the United States of America at São Paulo, in the State of São Paulo, Federative Republic of Brazil, commissioned and qualified, do hereby certify that **SELENE CUBEROS PEREZ**, whose signature and official stamp are respectively subscribed and affixed to this document, was on the 10th day of May, 2004, the day of the date thereof, a Public Sworn translator at São Paulo, in the State of São Paulo, Federative Republic of Brazil. In witness where of I have hereunto set my hand and affixed the seal of the Consulate General of the United States of America at Sao Paulo on this 12th of May, 2004.

David Meron
Consul

# SELENE CUBEROS PEREZ
## TRADUTOR PÚBLICO
INGLÊS - PORTUGUÊS

## TRADUÇÃO OFICIAL

Alphaville: Alameda Araguaia, 1293 - 7° andar - sala 706 - São Paulo - SP - 06455-000
TEL.: 55 11 4191-6868 – Fax: 55 11 4191-2888 – E-mail: alphaville@fidelitytranslations.com
São Paulo: Rua Libero Badaró, 377 - 29° andar - São Paulo - SP  01009-906
TEL.: 55 11 3188-5555 – Fax: 55 11 3188-5566 – E-mail: sp@fidelitytranslations.com
Rio de Janeiro: TEL.: 55 21 2507-7988 – E-mail: rj@fidelitytranslations.com
Belo Horizonte: TEL.: 55 31 3274-4343 – E-mail: mg@fidelitytranslations.com
Porto alegre: TEL.: 55 51 3346-1111 – E-mail: rs@fidelitytranslations.com
Brasília: TEL.: 55 61 327-8001 – E-mail: df@fidelitytranslations.com



Matr. JUCESP N° 1695
C.C.M. 9.382.440-0

C.P.F. N° 701.395.718-68
R.G. 5.266.238

TRADUÇÃO N°  I-19097/04   LIVRO N°   167   FOLHAS N°   1

I, SELENE CUBEROS PEREZ, a Sworn Translator and Commercial Interpreter for the English language, duly sworn by the Board of Trade of the State of São Paulo - Federative Republic of Brazil, DO HEREBY CERTIFY that a document issued in the PORTUGUESE language was submitted to me, which I faithfully translated into ENGLISH, as follows: -.-

[Court of Arms of the State of São Paulo]

[Letterhead: **JUDICIARY BRANCH - THE COURT OF JUSTICE OF THE STATE OF SÃO PAULO**]

The Administrative Region of São Paulo - The Civil Central Forum

1st Probate Court

1st Probate Office

[Address] Praça [Square] João Mendes s/n° [without number], 4° andar [4th floor] - salas [suites] 403/405, Centro [District] - CEP [Zip Code] 01501-900 - São Paulo [City] - SP [State of São Paulo] [Phone] 3242-0400 Extension 1159

Proceedings number 00.505.018-9

Action: PROBATE PROCEEDING

Petitioner: FABIANA AMORIM XAVIER

Requested Party: EDMUNDO DE AZEVEDO XAVIER (Estate)

Artur Bragança Filho, Chief Clerk of the 1st Probate Office in this Administrative Region of São Paulo, under the law,

HEREBY CERTIFIES, by virtue of a petition made by the interested party, that, in reviewing the aforementioned records at the Notary's Office he is in charge of, concerning the properties left because of the death of EDMUNDO DE AZEVEDO XAVIER, he could ascertain, in accordance with an order issued on June 21, 2001 by the Honorable State Judge AIRTON PINHEIRO DE CASTRO, Esq., on pages 130, that Mrs. FABIANA DE AMORIM XAVIER, a Brazilian citizen, resident and domiciled at Rua [Street] Carlos Augusto do Amaral, n° [number] 48 - Ilhabela [City] / SP [State of São Paulo], bearer of the Brazilian identification card ("RG") number 43.848.900/7, and registered with the Brazilian Treasury Department as an Individual Taxpayer ("CPF/MF") under number 305.889.698-00, was appointed as administratix for the properties of the estate, and she committed to act as such on June 20, 2001, remaining until this date in such office. NOTHING ELSE IS TO BE ADDED. This is the truth, and I bear witness. São Paulo, April 30, 2004. I [countersigned] (MARIA APARECIDA

*ADVOCACIA JOSÉ ROBERTO MAGALHÃES*

JOSÉ ROBERTO MAGALHÃES · OAB/SP 97.298
MARIA RITA M. E. BARTOLETTI · OAB/SP 127.171
VERA CRISTINA FRAGOSO TAUNAY · OAB/SP 86.950
ADRIANA TORATI MAGALHÃES · OAB/SP 155.579

Rua Sergipe, n° 120, 3° andar - S. Paulo - S.P. - 01243-000
e-mail: jrm@joseprobertomagalhaes.adv.br
Tel.: 253-9229 - 259-1018 · Fax: 3115-3441

EXMO. SR. DR. JUIZ DE DIREITO DA     VARA DA FAMÍLIA E DAS SUCESSÕES DO FORO CENTRAL DA CAPITAL.

**LAURA JUNE XAVIER**, brasileira, divorciada, comerciante, portadora de Cédula de Identidade RG nr. 5.683.126.2 e CPF/MF nr. 071.917.228-87, residente e domiciliada nesta Capital na Rua Sergipe, nr. 120, 4° andar, por seu advogado ( doc.1 ), vem expôr o quanto segue:

1. No dia *15 de janeiro de 2.000*, faleceu, *ab intestato*, nesta Capital, aos 83 anos de idade, seu pai **EDMUNDO DE AZEVEDO XAVIER**, RG nr. 387.176, CPF/MF nr. 004.718.018-87, residente e domiciliado nesta Capital na Rua Carlos Milan, nr. 22, apto. 131, Jardim Paulistano ( doc. 2 )

2. O falecido era separado judicialmente de *Violeta Siciliano* e tinha 3 ( três ) herdeiros necessários: *Eduardo Jayme Xavier*, já falecido; *Monica Xavier*, também falecida; e *Laura June Xavier*, única herdeira necessária viva, maior e capaz ( docs. 3, 4, 5 e 6 )

4. Nestas condições, com fundamento nos arts. 982 e seguintes do Código de Processo Civil, vem requerer abertura de **INVENTÁRIO**, requerendo, desde já, seja nomeada *inventariante*, dada sua condição de herdeira necessária.

Requer, por derradeiro, a juntada posterior de Certidão de Óbito do *de cujus*, a qual está sendo providenciada, bem como das cópias autenticadas dos documentos ora anexados.

*ADVOCACIA JOSÉ ROBERTO MAGALHÃES*

Valor para efeitos fiscais: R$ 100.000,00 ( cem mil reais)

Nestes Termos
Pede Deferimento.

São Paulo, 19 de janeiro de 2.000

MARIA RITA MONTEIRO E BARTOLETTI
OAB/SP - 127.171

# PODER JUDICIÁRIO
### SÃO PAULO

COMARCA: São Paulo

1.ª VARA Família e Sucessões - Central

Processo nº 00 505018-9 CONTR. 31

## COMPROMISSO DE INVENTARIANTE

Aos 20 de junho de 2001, nesta cidade São Paulo, na sala de despachos do(a) Meritíssimo(a) Juiz(a) de Direito da Vara acima identificada, Doutor(a) AIRTON PINHEIRO DE CASTRO, comigo Escrevente identificado no final, compareceu o(a) Senhor(a) FABIANA DE AZEVEDO XAVIER, brasileira R.G. nº 43.848.900/7, CPF (CIC) nº 305.889.698-00, profissão n/c, endereço residencial Rua Carlos Augusto do Amaral nº 48 - Ilhabela/SP, endereço de trabalho .x.x.x.x.x.x.x.x.x.x.x.x.x.x.x.x.x.x.x.x.x.x., telefone(s): .x.x.x.x.x.x.x.x.x.x.x.x.x.x.x.x.x.x.x.x., inscrição nº (OAB, CRM, CRECI, CREA, etc.) *.x.x.x.x.x.x.x.x.x.x.x.x.x.x.x. a quem o(a) Meritíssimo(a) Juiz(a) deferiu o compromisso de bem e fielmente desempenhar as funções de ** INVENTARIANTE dos bens deixados por falecimento de EDMUND DE AZEVEDO XAVIER, neste ato representada por sua procuradora Dra JULIANA PELLEGRINI VIVAN - OAB nº 153.870

por decisão proferida em 24/04/2001. Prestado pelo(a) compromissário(a) o compromisso, prometeu exercer o cargo de boa fé e sã consciência, sem dolo nem malícia, com absoluta fidelidade, sob as penas da lei. Para constar, lavrei este termo, que lido e achado conforme, vai devidamente assinado. Eu, *** (MÁRIO RIBAS KREYESLEBEN NEVES), Escrevente, datilografei. Eu, *** (ARTUR BRAGANÇA FILHO), Escrivão(ã) Diretor(a), subscrevi.

*** AIRTON PINHEIRO DE CASTRO
Juiz(a) de Direito

*** OAB/SP 153.870
Compromissado(a)

* Especificar o órgão a que pertence, se existente
** Especificar desdobramento, as funções do(a) compromissário(a)
*** Nomes datilografados

50.22.015



# PODER JUDICIÁRIO
## TRIBUNAL DE JUSTIÇA DO ESTADO DE SÃO PAULO

Comarca de São Paulo Foro Central Cível
1ª Vara da Família e Sucessões
1º Oficio da Família e Sucessões
Praça João Mendes s/nº, 4º andar - salas 403/405, Centro - - CEP 01501-900 - São Paulo -SP - 3242-0400 R1159

Processo nº 00.505.018-9
Ação: INVENTÁRIO
Requerente: FABIANA AMORIM XAVIER
Requerido: EDMUNDO DE AZEVEDO XAVIER (Espólio)

Artur Bragança Filho, Escrivão Diretor do 1º Oficio da Família e Sucessões desta Comarca de São Paulo, na forma da lei.

C E R T I F I C A, em virtude de pedido feito por pessoa interessada, que revendo em Oficio a seu cargo, os autos acima mencionados, dos bens deixados por falecimento de EDMUNDO DE AZEVEDO XAVIER, deles verificou constar que, por despacho proferido em data de 21 de junho de 2001, pelo MM. Juiz de Direito Dr. AIRTON PINHEIRO DE CASTRO, fls. 130, foi nomeado inventariante dos bens do espólio a Senhora FABIANA DE AMORIM XAVIER, brasileira, residente e domiciliada à Rua Carlos Augusto do Amaral, nº 48-Ilhabela/SP., portadora da cédula de identidade RG nº 43.848.900/7. e inscrita no CPF/MF sob nº 305.889.698-00, tendo prestado o devido compromisso em 20 de junho de 2001, encontrando-se até a presente data no exercício do cargo. NADA MAIS. O referido é verdade e dou fé. São Paulo, 30 de abril de 2004. Eu, _____ (MARIA APARECIDA _____ ) Escrevente digitei e providenciei a impressão. Eu, _____ (ARTUR BRAGANÇA FILHO), Escrivão Diretor, Matricula n. 35.137,conferi e subscrevi.

Ao Estado: R$ 9,00 - Recolhidos em guia própria - BNC –0384 de 26/04/2004 - 383

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

05-20029

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

In re: Fabiana de Amorim Xavier

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

Fischer & Mandell (305)577-9787

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

601 Brickell Key Dr. Suite 605
Miami, FL 33131

## DEFENDANTS

CIV-ALTONAGA

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

MAGISTRATE
BANDSTRA

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury Product Liability | | | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers Liability | | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | | ☐ 371 Truth in Lending | B☐ 690 Other | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | | A☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☒ 890 Other Statutory Actions A OR B |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | B☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | B☐ 550 Civil Rights | A☐ 791 Empl Ret Inc Security Act | A☐ 871 IRS — Third Party 26 USC 7609 | |
| | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

LENGTH OF TRIAL 28 USC 1782  Application for An Order to Take Discovery-
via ___ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____  DOCKET NUMBER _____

DATE: Jan. 5, 2005

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT $39.00  APPLYING IFP 913576  JUDGE _____  MAG. JUDGE _____

01/05/05